JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARCUS L. LINTHECOME,
Plaintiff,
v.
DEPARTMENT OF STATE HOSPITALS, et al.,
Defendants.

Case No. 2:26-cv-05743-JGB-PD

**JUDGMENT**

Pursuant to the Order Dismissing Action for Failure to Pay Filing Fee and Comply with Court Order,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: October 20, 2026

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE